20141201114801

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: SUMMONS AND COMPLAINT, NOTICE
EFFECTED (1) BY ME: KERON CAMPBELL
TITLE: PROCESS SERVER

DATE: **12/2/2014 11:22:41 AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

MARK FALCONE

Place where served:

SAMUELS AND SON SEAFOOD CO, INC. 3400 S. LAWRENCE ST. PHILADELPHIA PA 19148

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DARREN THOMAS

Relationship to defendant **AUTHORIZED AGENT**

Description of Person Accepting Service:

SEX: M AGE: 21-35 HEIGHT: 5'4"-5'8" WEIGHT: 161-200 LBS. SKIN: BLACK HAIR: BLACK OTHER: BEARD

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____ SERVICES $_____.____ TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12 / 3 / 2014

K. Campbell L.S.

SIGNATURE OF KERON CAMPBELL
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: JOSEPH L. TURCHI, ESQ.
PLAINTIFF: BRIAN DIETRICH
DEFENDANT: SAMUELS AND SON SEAFOOD CO, INC., ET AL
VENUE: DISTRICT
DOCKET: 2 14 CV 06729 PD
COMMENT:

JB